1  LATHAM & WATKINS LLP
     Elizabeth L. Deeley (Bar No. 230798)
2       *elizabeth.deeley@lw.com*
   505 Montgomery Street, Ste. 2000
3  San Francisco, CA 94111
   415.391.0600 / 415.395.8095 (Fax)
4
   Andrew B. Clubok (*pro hac vice*)
5      *andrew.clubok@lw.com*
   Susan E. Engel (*pro hac vice*)
6      *susan.engel@lw.com*
   555 Eleventh Street, NW, Suite 1000
7  Washington, D.C. 20004
   202.637.2200 / 202.637.2201 (Fax)
8
   Counsel for Defendant Facebook, Inc.

   *Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MEYERS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 3:18-cv-00062-WHO<br><br>**JOINT STIPULATION AND ORDER REGARDING A BRIEFING SCHEDULE FOR RESPONDING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. William H. Orrick |

Plaintiff James Meyers ("Plaintiff") and defendant Facebook, Inc. ("Defendant") enter into this Stipulation with reference to the following:

**WHEREAS,** on April 16, 2018, Defendant filed a Motion to Dismiss or, in the Alternative, Motion to Stay in response to the complaint and set the motion for hearing on Wednesday, June 27, 2018 at 2:00 p.m. Dkt. 36;

**WHEREAS**, the Court granted the parties request for a modified briefing schedule for Defendant's motion and set the following deadlines: (1) Plaintiff's deadline to file an opposition is May 21, 2018; and (2) Defendant's deadline to file a reply in support of its Motion is June 11, 2018. Dkt. 39;

**WHEREAS**, Plaintiff filed an amended complaint on May 8, 2018. Dkt. 40;

**WHEREAS**, Defendant consents to the filing of the First Amended Class Action Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 15(a)(2);

**WHEREAS**, Defendant withdraws its Motion to Stay without prejudice to refiling, and the parties agree that the June 27, 2018 hearing date regarding Defendant's Motion to Stay should be removed from the calendar;

**WHEREAS**, the parties agree that (1) Defendant shall have forty-five days to file a motion to dismiss or stay or otherwise respond to the FAC, (2) Plaintiff shall have twenty-eight days to file an opposition to any such motion, and (3) Defendant shall have twenty-one days to file a reply in support of its motion;

**WHEREAS**, the parties respectfully request that the Court grant the attached proposed order and order as follows:

- Defendant's deadline to move to dismiss or stay or otherwise respond to the FAC is June 22, 2018;
- Plaintiff's deadline to oppose any such motion is July 20, 2018;
- Defendant's deadline to reply in support of its motion shall be August 10, 2018; and
- The June 27, 2018 hearing date on Defendant's Motion (Dkt. 36) is vacated and Defendant shall set a new hearing date when it files any motion related to the FAC.

**IT IS SO STIPULATED.**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\101364797.1

1

CASE NO. 3:18-cv-00062-WHO
JOINT STIP. AND ORDER
RE BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | Dated: May 16, 2018 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: */s/ Andrew B. Clubok*<br>Andrew B. Clubok |
| 4 | | Counsel for Defendant Facebook, Inc. |
| 5 | | |
| 6 | Dated: May 16, 2018 | BURSOR & FISHER, P.A. |
| 7 | | By: */s/ L. Timothy Fisher* |
| 8 | | L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Blvd., Suite 940 |
| 9 | | Walnut Creek, CA 94596<br>(925) 300-4455 / (925) 407-2700 (Fax) |
| 10 | | *ltfisher@bursor.com* |
| 11 | | **BURSOR & FISHER, P.A.** |
| 12 | | Scott A. Bursor (State Bar No. 276006)<br>888 Seventh Avenue |
| 13 | | New York, NY 10019<br>(212) 989-9113 / (212) 989-9163 (Fax) |
| 14 | | *scott@bursor.com* |
| 15 | | **NATHAN & ASSOCIATES, APC** |
| 16 | | Reuben D. Nathan, Esq. (Bar No. 208436)<br>600 W. Broadway, Suite 700 |
| 17 | | San Diego, California 92101<br>(619) 272-7014 / (619) 330-1819 (Fax) |
| 18 | | *rnathan@nathanlawpractice.com* |
| 19 | | Attorneys for Plaintiff James Meyers |

## **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: May 16, 2018          /s/ *Andrew B. Clubok*
                                            Andrew B. Clubok

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\101364797.1

2

CASE NO. 3:18-cv-00062-WHO
JOINT STIP. AND ORDER
RE BRIEFING SCHEDULE

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED as follows:

1. Defendant Facebook shall have until June 22, 2018 to move to dismiss or stay, or otherwise respond to the First Amended Class Action Complaint ("FAC");

2. Plaintiff James Meyers shall have until July 20, 2018 to respond to Defendant's motion;

3. Defendant Facebook's deadline to reply in support of its motion shall be August 10, 2018;

4. The June 27, 2018 hearing on Defendant Facebook's previously filed motion (Dkt. 36) is hereby vacated; and

5. Defendant Facebook shall secure a new hearing date, if necessary, when filing its response to the FAC.

Date: May 17, 2018

William H. Orrick
United States District Court Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

US-DOCS\101364797.1

3

CASE NO. 3:18-cv-00062-WHO
JOINT STIP. AND ORDER
RE BRIEFING SCHEDULE