1  LATHAM & WATKINS LLP
     Elizabeth L. Deeley (Bar No. 230798)
2      *elizabeth.deeley@lw.com*
     Melanie M. Blunschi (Bar No. 234264)
3      *melanie.blunschi@lw.com*
     505 Montgomery Street, Suite 2000
4    San Francisco, CA 94111
     415.391.0600 / 415.395.8095 (Fax)
5
     Andrew B. Clubok (*pro hac vice*)
6      *andrew.clubok@lw.com*
     Susan E. Engel (*pro hac vice*)
7      *susan.engel@lw.com*
     555 Eleventh Street, NW, Suite 1000
8    Washington, D.C. 20004
     202.637.2200 / 202.637.2201 (Fax)
9
     *Counsel for Defendant Facebook, Inc.*
10
     *Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MEYERS, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    *Defendant*. | Case No. 3:18-cv-00062-WHO<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Judge:    Hon. William H. Orrick |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: PL.'S MOT.
FOR LEAVE TO FILE THIRD AMENDED COMPL.
CASE NO. 3:18-CV-62-WHO

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2, Defendant Facebook, Inc., and Plaintiff James Meyers |
| 2 | stipulate as follows: |
| 3 |     1.    On May 19, 2021, Meyers moved for leave to file a third amended complaint. *See* |
| 4 | ECF No. 60. |

Pursuant to Civil Local Rule 6-2, Defendant Facebook, Inc., and Plaintiff James Meyers stipulate as follows:

1. On May 19, 2021, Meyers moved for leave to file a third amended complaint. *See* ECF No. 60.

2. Facebook's opposition is due June 2, 2021, and Meyers's reply is due June 9, 2021. *See* ECF No. 61.

3. In light of the Memorial Day holiday period and to provide the parties with adequate time to brief the implications of the Supreme Court's decision in *Facebook, Inc. v. Duguid*, 141 S. Ct. 1163 (2021), the parties agree that is appropriate to extend the briefing schedule on Meyers's motion as follows:

- Facebook's opposition will be due June 18, 2021.
- Meyers's reply will be due July 2, 2021.

4. This extension will not affect the hearing date on Meyer's motion, which is July 21, 2021.

**IT IS SO STIPULATED.**

Dated: May 20, 2021

Respectfully submitted,

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
Elizabeth L. Deeley (Bar No. 230798)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8233
Fax: (415) 395-8095
Email: elizabeth.deeley@lw.com
       melanie.blunschi@lw.com

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.clubok@lw.com
       susan.engel@lw.com

*Counsel for Defendant Facebook, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: PL.'S MOT.
FOR LEAVE TO FILE THIRD AMENDED COMPL.
CASE NO. 3:18-CV-62-WHO

**BURSOR & FISHER, P.A.**

*/s/ L. Timothy Fisher*
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: 305-330-5512
E-Mail: scott@bursor.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (State Bar No. 208436)
600 W. Broadway, Suite 700
San Diego, California 92101
Tel: (619) 272-7014
Fax:(619) 330-1819
E-Mail: rnathan@nathanlawpractice.com

*Counsel for Plaintiff James Meyers*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE: PL.'S MOT.
FOR LEAVE TO FILE THIRD AMENDED COMPL.
CASE NO. 3:18-CV-62-WHO

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I attest that I am the ECF user whose identification and password is being used to file this Stipulation and [Proposed] Order Extending Briefing Schedule on Plaintiff's Motion for Leave to File Third Amended Complaint and that all signatories on whose behalf this filing is submitted concur in its content and have authorized its filing.

Dated: May 20, 2021         */s/ Melanie M. Blunschi*
                            Melanie M. Blunschi

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. & [P~~ROPOSED~~] ORDER RE: PL.'S MOT.
MOT. FOR LEAVE TO FILE THIRD AMENDED COMPL.
CASE NO. 3:18-CV-62-WHO

**[PROPOSED] ORDER**

Upon consideration of the parties' Stipulation Extending Briefing Schedule on Plaintiff's Motion for Leave to File Third Amended Complaint, the Court hereby **GRANTS** the stipulated request and modifies the schedule as follows:

- Facebook's opposition is now due June 18, 2021.
- Brickman's reply is now due July 2, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 20, 2021

Hon. William H. Orrick
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER RE: STIP. ON PL.'S MOT.
FOR LEAVE TO FILE THIRD AMENDED COMPL.
CASE NO. 3:18-CV-62-WHO