LATHAM & WATKINS LLP
Andrew B. Clubok (*pro hac vice*)
 andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
 susan.engel@lw.com
Samir Deger-Sen (*pro hac vice*)
 samir.deger-sen@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
202.637.2200 / 202.637.2201 (Fax)

Elizabeth L. Deeley (Bar No. 230798)
 elizabeth.deeley@lw.com
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
415.391.0600 / 415.395.8095 (Fax)

*Counsel for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES MEYERS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>*Defendant*. | Case No. 3:18-cv-00062-WHO<br><br>**FACEBOOK, INC.'S STATEMENT OF RECENT DECISION**<br><br>Hearing Date: August 18, 2021<br>Hearing Time: 2:00 PM<br>Courtroom: 2, 17th Floor<br>Judge: Hon. William H. Orrick |

Pursuant to Civil Local Rule 7-3(d)(2), Facebook submits this Statement of Recent Decision to bring to the Court's attention a recent decision by Judge Robart of the Western District of Washington, *Borden v. eFinancial, LLC*, No. 19-cv-1430, 2021 WL 3602479 (W.D. Wash. Aug. 13, 2021), dismissing a putative class action brought under the Telephone Consumer Protection Act because the alleged equipment did not qualify as an automatic telephone dialing system under *Facebook, Inc. v. Duguid*, 141 S. Ct. 1163 (2021).  A copy is attached as Exhibit A.  This decision was issued after Facebook filed its Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint (Dkt. No. 64) and is relevant to Facebook's arguments.  It is thus appropriate for submission to the Court.  *See* Civil L.R. 7-3(d)(2) ("Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion—without argument.").

Dated:  August 16, 2021

Respectfully submitted,

/s/ Andrew B. Clubok
Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
Samir Deger-Sen (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.clubok@lw.com
         susan.engel@lw.com
         samir.deger-sen@lw.com

Melanie M. Blunschi (Bar No. 234264)
Elizabeth L. Deeley (Bar No. 230798)
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8233
Fax: (415) 395-8095
Email: elizabeth.deeley@lw.com
         melanie.blunschi@lw.com

*Counsel for Defendant Facebook, Inc.*