1   Elizabeth L. Deeley (Bar No. 230798)
      *elizabeth.deeley@lw.com*
2   Melanie M. Blunschi (Bar No. 234264)
      *melanie.blunschi@lw.com*
3   LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
4   San Francisco, CA 94111
    415.391.0600 / 415.395.8095 (Fax)
5
    Andrew B. Clubok (*pro hac vice*)
6     *andrew.clubok@lw.com*
    Susan E. Engel (*pro hac vice*)
7     *susan.engel@lw.com*
    Samir Deger-Sen (*pro hac vice*)
8     *samir.deger-sen@lw.com*
    LATHAM & WATKINS LLP
9   555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
10  202.637.2200 / 202.637.2201 (Fax)

11  *Counsel for Defendant Facebook, Inc.*

12  *Additional Counsel on Signature Page*

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN FRANCISCO DIVISION**

16  JAMES MEYERS, on behalf of himself and        Case No. 3:18-cv-00062-WHO
    all others similarly situated,
17                                                 **STIPULATION AND [PROPOSED] ORDER
                   Plaintiff,                      DISMISSING CASE WITH PREJUDICE**
18
         v.
19
    FACEBOOK, INC.,                                Judge:      Hon. William H. Orrick
20
                   Defendant.
21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER
DISMISSING CASE WITH PREJUDICE
CASE NO. 18-CV-00062-WHO

1    Plaintiff James Meyers ("Plaintiff") and Defendant Facebook, Inc. ("Defendant") enter into

2  this Stipulation with reference to the following

3    **WHEREAS**, on August 18, 2021, the Court heard Oral Argument on Plaintiff's Motion

4  for Leave to File Third Amended Complaint (Dkt. 72);

5    **WHEREAS**, on September 15, 2021, the Court denied Plaintiff's Motion for Leave to File

6  Third Amended Complaint and directed the parties to meet and confer regarding the next steps in

7  the litigation (Dkt. 75);

8    **WHEREAS**, pursuant to the Court's instructions, the parties have met and conferred and

9  Plaintiff has agreed to dismiss the Complaint with prejudice in light of the Court's order;

10    The parties thus **STIPULATE** that:

11    1.    The current case is dismissed with prejudice and

12    2.    Each side will bear their own costs of litigation.

13  **IT SO STIPULATED.**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND [PROPOSED] ORDER
DISMISSING CASE  WITH PREJUDICE
CASE NO. 18-CV-00062-WHO

1   | Dated:  September 21, 2021

Respectfully submitted,

2

*/s/ Andrew B. Clubok*

3   | Melanie M. Blunschi ((Bar No. 234264)
Elizabeth L. Deeley (Bar No. 230798)

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
Samir Deger-Sen (*pro hac vice*)

4   | **LATHAM & WATKINS LLP**
505 Montgomery Street

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW

5   | Suite 2000
San Francisco, CA 94111-6538

Suite 1000
Washington, D.C. 20004-1304

6   | Telephone: (415) 395-8233
Fax: (415) 395-8095

Telephone: (202) 637-2200
Fax: (202) 637-2201

7   | Email: elizabeth.deeley@lw.com
          melanie.blunschi@lw.com

Email: andrew.clubok@lw.com
          susan.engel@lw.com

8

          samir.deger-sen@lw.com

9   | *Counsel for Defendant Facebook, Inc.*

10

*/s/ L. Timothy Fisher*

**NATHAN & ASSOCIATES, APC**

L. Timothy Fisher (State Bar No. 191626)

11  | Reuben D. Nathan, Esq. (Bar No. 208436)
2901 W. Coast Highway, Suite 200

1990 North California Blvd., Suite 940
Walnut Creek, CA 94596

12  | Newport Beach, CA 92663
Telephone: (949) 270-2798

Telephone: (925) 300-4455
Fax: (925) 407-2700

13  | Email: rnathan@nathanlawpractice.com

Email: ltfisher@bursor.com
**BURSOR & FISHER, P.A.**

14

Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Drive, Suite 220

15

Miami, FL 33133
Telephone: (305) 330-5512

16

Fax: (212) 989-9163
Email: scott@bursor.com

17  | *Counsel for Plaintiff James Meyers*

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND [PROPOSED] ORDER
DISMISSING CASE  WITH PREJUDICE
CASE NO. 18-CV-00062-WHO

1

**[~~PROPOSED~~] ORDER**

2        Upon consideration of the parties' Stipulation Dismissing the Case with Prejudice, the

3   Court dismisses the case with prejudice.   Each side shall bear their own costs and expenses

4   associated with this litigation.

5   **IS SO ORDERED.**

6

7   DATED: September 22, 2021

8                                                        Hon. William H. Orrick
                                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [~~PROPOSED~~] ORDER
DISMISSING CASE  WITH PREJUDICE
CASE NO. 18-CV-00062-WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE ATTESTATION

As required by Local Rule 5-1(i)(3), I, Andrew B. Clubok, attest that I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Dismissing Case with Prejudice, and that all signatories on whose behalf this filing is submitted concur in its content and have authorized its filing.

DATED:  September 21, 2021                              */s/ Andrew B. Clubok*
                                                                              Andrew B. Clubok

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND [~~PROPOSED~~] ORDER
DISMISSING CASE  WITH PREJUDICE
CASE NO. 18-CV-00062-WHO